```
TIMOTHY TYRONE ANDREWS          OPPLOANS
1101 BOWMAR AVE                 ATTN: BANKRUPTCY
APT 8                           130 E RANDOLPH ST
VICKSBURG, MS 39180             STE 3400
                                CHICAGO, IL 60601


THOMAS C. ROLLINS, JR.          TOWER LOAN
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  PO BOX 320001
JACKSON, MS 39236               FLOWOOD, MS 39232


ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438



BROOKDALE APARTMENTS
1400 N BEAVUREGARD
ALEXANDRIA, VA 22311



CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130



CITI
PO BOX 6004
SIOUX FALLS, SD 57117-6004



IC SYSTEMS, INC
ATTN: BANKRUPTCY
444 HWY 96 EAST
ST. PAUL, MN 55127



LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603



NATIONAL CREDIT
ATTN: BANKRUPTCY
P.O. BOX 672288
ATLANTA, GA 30006
```