United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01883-JAW
Timothy Tyrone Andrews  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Oct 22, 2025     Form ID: n031     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Tyrone Andrews, 1101 Bowmar Ave, Apt 8, Vicksburg, MS 39180-4662 |
| 5541711 | + | Brookdale Apartments, 1400 N Beavuregard, Alexandria, VA 22311-1771 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 19:31:34 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5541710 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2025 19:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5542471 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 19:31:27 | Ally Servicing LLC as servicer on behalf of, Citrus Tree Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5541712 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 19:31:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5544821 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2025 19:31:27 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5541713 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 19:41:55 | Citi, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 5574541 | + | Email/Text: opportunitynotices@gmail.com | Oct 22 2025 19:29:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5541714 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 22 2025 19:29:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5549499 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 19:31:35 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5541715 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 19:41:51 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5541716 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 22 2025 19:29:00 | National Credit, Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 5574213 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 22 2025 19:29:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta GA 30006 |
| 5548377 | ^ | MEBN | Oct 22 2025 19:26:47 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5541717 | + | Email/Text: opportunitynotices@gmail.com | Oct 22 2025 19:29:00 | OppLoans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: n031 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 5541718 | | Email/Text: bankruptcy@towerloan.com | Oct 22 2025 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5574147 | + | Email/Text: bankruptcy@towerloan.com | Oct 22 2025 19:29:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5568114 | + | Email/Text: bankruptcy@bbandt.com | Oct 22 2025 19:29:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Timothy Tyrone Andrews trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01883−JAW
**Chapter:** 13

**In re:**

Timothy Tyrone Andrews
aka Timothy T Andrews
1101 Bowmar Ave
Apt 8
Vicksburg, MS 39180

Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/22/2025 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 22, 2025

Danny L. Miller, Clerk of Court